UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-970 (DSD/RLE)

AUBREY PALMER,

Petitioner,

v.

CONSTANCE REESE, Warden

Respondent.

ORDER

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to respondent's request for enlargement of time.

WHEREFORE IT IS ORDERED,

That the United States shall have until August 10, 2001, in which to respond to Defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255/2241.

Dated: July 16, 2001

Raymond L. Erickson

RAYMOND L. ERICKSON, United States Magistrate Judge

JUL 19 2001
FILED
RICHARD D. SLETTEN
JUDGMENT
DEPUTY CLERK

5

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-970(DSD/RLE)

| | | |
|---|---|---|
| AUBREY PALMER, Petitioner, | ) | |
| v. | ) | AMENDED ORDER |
| CONSTANCE REESE, Warden, Respondent. | ) | |

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to respondent's request for enlargement of time.

WHEREFORE, IT IS ORDERED

That the United States shall have until August 10, 2001, in which to respond to Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. §§ 2255/2241.

Dated: July 19, 2001

RAYMOND L. ERICKSON
United States Magistrate Judge

(6)

FILED JUL 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500