UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Aubrey Palmer,

Petitioner,

vs. ORDER

Constance C. Reese,
sued as Constance
Reese, Warden,

Respondent. Civ. No. 01-970 (DSD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 27th day of August, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Response to a Petition for a Writ of Habeas Corpus, filed on August 17, 2001, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

In order to facilitate disposition of the Petition and the request for dismissal, it is --

ORDERED:

That the Petitioner shall have until **September 17, 2001,** in which to respond, should he so choose, to the Respondent's

FILED AUG 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK [illegible]

submission to the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE