UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Aubrey Palmer,

Petitioner,

vs. ORDER

Constance Reese, Warden,

Respondent. Civ. No. 01-970 (DSD/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Petitioner's Petition for Writ of Habeas Corpus [Docket No. 1] is DENIED, as moot.

BY THE COURT:

Judge David S. Doty
United States District Court

DATED: 3/28/02
At Minneapolis, Minnesota

FILED 3-28-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK